| Date | Pleading Number | |
|---|---|---|
| 2/14/75 | 1. | MOTION -- George L. Fleharty d/b/a Outdoor World, Ltd.; Mt. McKinley National Park Co.; Al Pharis; Grorge F. Jacobs; The Blue Bird Body Co. w/supporting brief, exhibits and certificate of service. |
| | | REQUESTED TRANSFEREE FORUM: N.D. Illinois |
| 3/5/75 | | HEARING ORDER -- Setting A-1 through A-5 for hearing, March 21, 1975 Dallas, Texas Notified counsel, involved judges |
| 4/8/75 | 2 | SUPPLEMENT TO MOTION -- Notification of order of dismissal in Civil Action A-5. |
| 5/2/75 | | CONSENT OF CHIEF JUDGE PARSONS for litigation to be consolidated in the N.D. Illinois before Judge Decker |
| 5/2/75 | | ORDER -- transferring actions to the N.D. Illinois for coordinated or consolidated pretrial proceedings before Judge Decker |
| 1/14/75 | | JOHN LAWRENCE SHAW, ET UX. V. U.S.A., D. IDAHO, CIV 1-75-212 MARIE L. KERKMAN V. U.S.A., S.D.N.Y., 75 Civ 4683 MARIE L. KERKMAN V. GRAND CIRCLE TRAVEL, S.D.N.Y. 75 Civ. 2600 MAHALA ELKIN, ET UX. V.OUTDOOR WORLD LTD., ET AL., w.d.pa., 75-833 CTOs filed today. Notified counsel, involved judges |
| 1/29/76 | | KERKMAN, V. US.A. S.D.N.Y. 75 Civ. 4683 MAHALA ELKIN V. OUTDOOR WORLD, W.D.PA., 75-833 KERKMAN V. GRAND CIRCLE TRAVEL, S.D.N.Y. 75 Civ. 2600 SHAW V. U.S.A., D. IDAHO, CIV 1-75-212 CTOs final today. Notified clerk, involved judges |

MO, May 2, 1975

DOCKET NO. 203 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## Description of Litigation

IN RE BUS DISASTER AT MT. McKINLEY NATIONAL PARK, ALASKA, ON JULY 9, 1974

### Summary of Panel Action

Date(s) of Hearing(s)  3/21/75

Date(s) of Opinion(s) or Order(s)  5/2/75

Consolidation Ordered  xx         Name of Transferee Judge  BERNARD M. DECKER

Consolidation Denied  ___         Transferee District  NORTHERN DISTRICT OF ILLINOIS

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Margaret Hagenah v. The Blue Bird Body Co., Inc., et al. | N.D.Ill. Decker | 74C 2843 | NT | | 4/12/76 | |
| A-2 | Rosalind Rosenblatt v. The Blue Bird Body Co., Inc., et al. | E.D.N.Y. Bartels | 74 C-1751 | 5/2/75 | 75C 1634 | 4/19/76 | ✓ |
| A-3 | Annemarie Krueger v. The Blue Bird Body Co., Inc., et al. | S.D.N.Y. Gagliardi | 74 Civ.5631 | 5/2/75 | 75C 1633 | 4/19/76 | ✓ |
| A-4 | Roxana Minnick v. The Blue Bird Body Co., Inc., et al. | S.D.Cal. Nielsen | 75-0068-N | 5/2/75 | 75C 1632 | 4/19/76 | ✓ |
| A-5 | R. Lee McFadden, Jr., etc. v. Outdoor World, Ltd., et al. | Alaska Von der Heydt | 74-162-Civil | | | 3/21/75 | |
| B-1 | John Lawrence Shaw, et ux v. The United States of America, et al. 1-14-75 | D. Idaho Anderson | Civ 1-75-212 | 1/29/76 | 76C 730 | 6/16/76 | |
| B-2 | Mahala Elkin et ux v. Outdoor World Ltd. et al. 1-14-75 | W.D.Pa. Miller | 75-833 | 1/29/76 | 76C 729 | 11/5/76 | |

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| B-3 | Marie L. Kerkmann v. United States of America  *1-14-75* | S.D.N.Y. Pierce | 75 Civ. 4683 | 1/29/76 | 76 C 13~~43~~ | ~~Dism.~~ *Dism. 1/12/77* | |
| B-4 | Marie L. Kerkmann v. Grand Circle Travel (Western) Inc., et al.  *1-14-75* | S.D.N.Y. Pierce | 75 Civ 2600 | 1/29/76 | 76 C 13**12** | 1/12/77 | |

CERTIFIED CORRECT
JULY 1976

*Oct. 1*

7 / XY2
8
(5)
3 Pending

p. _____

## ATTORNEY SERVICE LIST
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 203  --   IN RE BUS DISASTER AT MT. MCKINLEY NATIONAL PARK

ALASKA, ON JULY 9, 1974

(Attorneys as appeard in J. Decker's Practice and Procedure Order of August 27, 1975)

| Plaintiff | Defendant |
|---|---|
| ROXANA MINNICK<br>   Margurete Falkenborg, Esquire<br>   727 Third Avenue<br>   Chula Vista, Calif.  92010<br><br>ANNEMARIE KRUEGER<br>ROSALIND ROSENBLATT<br>   Joseph Kelner, Esquire<br>   225 Broadway<br>   New York, New York  10007<br><br>MARGARET HAGENAH<br>   Louis G. Davidson, Esq.<br>   Louis G. Davidson & Associates Ltd.<br>   111 W. Washington St., #1817<br>   Chicago, Illinois  60602<br><br>JOHN LAWRENCE SHAW ET UX. (B-1)<br>   Jacu S. Gjording, Esquire<br>   Elam, Burke, Jeppensen, Evans<br>     and Boyd<br>   P.O. Box 1559<br>   Boise, Idaho  83701<br><br>   (and) Louis G. Davidson, Esq.<br><br>MAHALA ELKIN ET UX (B-2)<br>   Roger Curran, Esquire<br>   Rose, Schmidt and Dixon<br>   919 Oliver Building<br>   Pittsburgh, Penna.  15222<br><br>MARIE L. KERKMANN (B-3 & B-4)<br>   Doug W. Anderson, Esquire<br>   Neale and Wilson<br>   Hawrood Bldg.<br>   Scarsdale, N.Y.  10583 | GEORGE L. FLEHERTY d/b/a<br>   OUTDOOR WORLD, LTD.<br>MT. MCKINLEY NATIONAL PARK CO.<br>AL PHARIS<br>GEORGE F. JACOBS<br>   Timothy J. Gillick, Esq.<br>   Pretzel, Stouffer, Nolan & Rooney<br>   100 W. Monroe St.<br>   Chicago, Illinois  60603<br><br>WESTOURS, INC.<br>   Stephen D. Marcus, Esquire<br>   Clausen, Miller, Gorman,<br>     Caffrey & Witous<br>   135 S. LaSalle St.<br>   Chicago, Illinois  60603<br><br>   Sutera, Metnick & Sutera<br>   299 Broadway<br>   New York, New York  10008<br><br>THE UNITED STATES OF AMERICA<br>   Samuel K. Skinner, Esq.<br>   Acting U. S. Attorney<br>   219 S. Dearborn St.<br>   Chicago, Illinois  60604<br><br>BLUE BIRD BODY CO., INC. (B-2)<br>   Daniel P. Stefko, Esq.<br>   Dickie, McCamey & Chilcote<br>   3180 U.S. Steel Bldg.<br>   Pittsburgh, Pa.  15219<br><br>~~OUTDOOR WORLD~~<br>~~GEORGE L. FLEHERTY~~ (B-2)<br>~~GEORGE JACOBS~~<br>AL PHARIS<br>   Wayman, Irvin, Trushel & McAuley<br>   1624 Frick Bldg.<br>   Pittsburgh, Pa.  15219 |

p. \_\_\_\_

| Plaintiff | Defendant |
|---|---|
| | ~~WESTOURS INC. (B-4)~~ *Same as above*<br>  Sutera, Metnick & Sutera<br>  299 Broadway<br>  New York, New York  10007<br><br>GEORGE FLEHERTY<br>~~OUTDOOR WORLD          B-4~~<br>  ~~Lester. Schlab, Katz & Dwyer~~<br>  ~~77 Water Street~~<br>  ~~New York, N. Y.   10005~~<br><br>GRAND CIRCLE TRAVEL<br>GEORGE JACOBS            B-4<br>  D'Amato Costello & Shea<br>  116 John Street<br>  New York, New York  10038<br><br>UNITED STATES OF AMERICA (B-3) *Peter Salerno, Esq.*<br>*Asst* United States Attorney<br>  ~~1~~ St. Andrews Place<br>  New York, New York 10007<br><br>~~United States of America (B-1)~~<br>  ~~Marion J. Callister~~<br>  ~~U.S. Attorney~~<br>  ~~Room 693 Federal Building~~<br>  ~~550 W Fort Street~~<br>  ~~Boise, Idaho   83724~~ |

JP Form 3

p. _____

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. __203__ -- IN RE BUS DISASTER AT MT. McKINLEY NATIONAL PARK, ALASKA, ON JULY 9, 1974

### COMMON PARTY CHECKLIST

| NAME OF PARTY | NAMED AS PARTY IN FOLLOWING ACTIONS |
|---|---|
| THE BLUE BIRD BODY CO., INC. | A-1; A-2; A-3; A04; B-2 ~~~~ |
| GLEORGE L. FLEHARTY Ind. and d/b/a OUTDOOR WORLD, LTD. | A-1; A-2; A-3; A-4; ~~A5~~ B-1 B-2 B-4 |
| Mt. McKINLEY NATIONAL PARK CO. | A-1; A-2; A-3; A-4 B-1 |
| AL PHARIS | A-1; A-2; A-3; B-1 B-2 |
| GEORGE F. JACOBS | A-1; A-2; A-3; ~~A5~~ B-1 B-2 B-4 |
| U.S.A. | B-1 B-3 |
| Grand Circle Travel (Western) Inc. | B-4 |
| Westours Inc | B-4 |