JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

DOCKET NO. 203

MAY -2 1975

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

PATRICIA D. HOWARD
CLERK OF THE PANEL

IN RE BUS DISASTER AT MT. McKINLEY NATIONAL PARK, ALASKA, ON JULY 9, 1974

TRANSFER ORDER

It appears that all parties agree that the actions listed on the attached Schedule A and pending in districts other than the Northern District of Illinois should be transferred to that district for coordinated or consolidated pretrial proceedings with the action listed on Schedule A and pending there before the Honorable Bernard M. Decker. And upon consideration of the complaints filed, the papers submitted and the oral arguments presented to the Panel, we find that these actions involve common questions of fact and that transfer to the Northern District of Illinois will serve the convenience of the parties and witnesses and promote the just and efficient conduct of this litigation.

IT IS THEREFORE ORDERED that all actions listed on the attached Schedule A and pending in districts other than the Northern District of Illinois be, and the same hereby are, transferred to the Northern District of Illinois and, with the consent of that court, assigned to the Honorable Bernard M. Decker for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407 with the action listed on Schedule A and pending in that district.

FOR THE PANEL:

Alfred P. Murrah
Chairman

| | |
|---|---|
| SCHEDULE A | DOCKET NO. 203 |

### NORTHERN DISTRICT OF ILLINOIS

Margaret Hagenah v. The Blue Bird Body Co., Inc., et al.    Civil Action No. 74C 2843

### EASTERN DISTRICT OF NEW YORK

Rosalind Rosenblatt v. The Blue Bird Body Co., Inc., et al.    Civil Action No. 75-C-1751

### SOUTHERN DISTRICT OF NEW YORK

Annemarie Krueger v. The Blue Bird Body Co., Inc., et al.    Civil Action No. 74 Civ. 5631

### SOUTHERN DISTRICT OF CALIFORNIA

Roxana Minnick v. The Blue Bird Body Co., Inc., et al.    Civil Action No. 75-0068-N